THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARA CURTIS, CYNTHIA ALDRICH, AND ALFRED CURRIER,<br><br>                              PLAINTIFFS,<br><br>          v.<br><br>ILLUMINATION ARTS, INC., a Washington Corporation, ILLUMINATION ARTS PUBLISHING, LLC, a Washington Limited Liability Company, JOHN M. THOMPSON and KIMMIE LYNN THOMPSON,<br><br>                              DEFENDANTS. | Cause No. 2:12-cv-00991-JLR<br><br>RESPONSE TO MOTION FOR SANCTIONS AND JUDGMENT |

I.     Relief Requested

Defendants request the Court deny both the Motion for Sanctions and the Motion for Judgment.

II.    Statement of Facts

Defendants provided the bulk of the requested information to the Plaintiffs. *Thompson Decl.* Defendants are still in the process of gathering information regarding Defendant Kim

CONSOLIDATED RESPONSE TO MOTION FOR
PARTIAL SUMMARY JUDGMENT
P a g e | 1

The Law Offices of Matthew R. King PLLC
1420 FIFTH AVENUE, SUITE 2200 SEATTLE, WA 98101
206-274-5303 FAX 206-274-5304
MRKING@MATTHEWRKING.COM

Thompson.  *Thompson Decl.*  Defendants have terminated the legal services of the Law Offices of Matthew R. King.  *King Decl.*  The Motion for Withdrawal is scheduled for September 13, 2013.  *Docket.*

### III. Statement of Issues

Whether sanctions should be denied as Defendants have not unduly resisted discovery.

### IV. Evidence Relied Upon

In support of this motion, Defendants rely upon the following evidence:

1. The Pro Se Statement of John Thompson, with the exhibits attached thereto;[1]
2. The pleadings and filings in this matter.

### V. Authority and Argument

#### A. Sanctions are Not Appropriate

Defendants have not unduly resisted discovery.  In fact, Defendants have provided Plaintiffs an opportunity to review all documents at Defendants' offices.  *Thompson Decl.*  The civil rules empower courts with the discretion to issue sanctions against a party for discovery abuses, the touchstone is that any sanctions be "just" and that must be related to the particular claim which was at issue in the order to provide discovery. Fed. R. Civ. P. 37(b)(2)(A); *Insurance Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee,* 456 U.S. 694, 707, 102 S.Ct. 2099, 2108, 72 L.Ed.2d 492 (1982).

---

[1] The Pro Se Defendants have drafted a statement and have requested they be filed along with this memorandum.  The pro se filings have not been drafted by, nor have signed by Matthew King.

RESPONSE TO MOTION FOR SANCTIONS AND JUDGMENT
P a g e | 2

The Law Offices of Matthew R. King, PLLC
1420 FIFTH AVENUE, SUITE 2200 SEATTLE, WA 98101
206-274-5303 FAX 206-274-5304
MRKING@MATTHEWRKING.COM

To determine whether a sanction is "just" a court should considered the relevant factors and whether the severity of the sanction is warranted by the conduct involved. *In re Rubin,* 769 F.2d 611 (9th Cir. 1985).

Here, Plaintiffs have had ample opportunity to go on-site and review all of Defendants' records. Under FRCP 34(B)(2)(b), the responding party must make the records available for inspection and copying. Here, Defendants have done just that. The burden is on the Plaintiffs to make arrangements for inspection and duplication. That has not occurred here.

Plaintiffs' motion should be denied; the Defendants have opened their business up to full inspection. The motion to compel is improper.

VI. **Conclusion**

Plaintiffs' motion should be denied. The Defendants have made available the records for inspection and copying, and are more than happy to allow inspection by counsel.

Dated this 26th day of August, 2013.

**The Law Offices of Matthew R. King, PLLC**

/s/
Matthew R. King, WSBA 31822
Attorney for Plaintiff/Respondent
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
206-274-5303
FAX 206-274-5304
mrking@matthewrking.com



### DECLARATION OF SERVICE

I, Matthew King, hereby declare under penalty of perjury under the laws of the State of Washington, that I caused a copy of this document to be e-filed with the United States District Court, Western District of Washington, as required by the Court Rules and served via United States District Court ECF to:

Amit D. Ranade
Kurt E. Kruckeberg
Hillis Clark Martin & Peterson, P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925

on the 26th day of August, 2013.

Dated this 26th day of August, 2013 at SEATTLE, Washington.

The Law Offices of Matthew R. King, PLLC
/s/
Matthew R. King, WSBA 31822
Attorney for Plaintiff/Respondent
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
206-274-5303
FAX 206-274-5304
mrking@matthewrking.com

