The Honorable James L. Robart

UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARA CURTIS, CYNTHIA ALDRICH, AND ALFRED CURRIER,<br><br>PLAINTIFFS,<br><br>v.<br><br>ILLUMINATION ARTS, INC., a Washington Corporation, ILLUMINATION ARTS PUBLISHING, LLC, a Washington Limited Liability Company, JOHN M. THOMPSON and KIMMIE LYNN THOMPSON,<br><br>DEFENDANTS. | Cause No. 2:12-cv-00991-JLR<br><br>DECLARATION OF MATTHEW KING IN RESPONSE TO MOTION FOR SANCTIONS AND JUDGMENT |

I, Matthew King, hereby declare:

1. I am over the age of 18, competent to testify, and I make this declaration upon my personal knowledge.

2. On August 23, 2013, Defendants requested I cease representing them in this matter.

3. In response, I drafted a Motion to Withdraw, scheduled to be heard on September 13, 2013.

CONSOLIDATED RESPONSE TO MOTION FOR
PARTIAL SUMMARY JUDGMENT
P a g e | 1

The Law Offices of Matthew R. King PLLC
1420 FIFTH AVENUE, SUITE 2200 SEATTLE, WA 98101
206-274-5303 FAX 206-274-5304
MRKING@MATTHEWRKING.COM

4. After receiving the Motion for Withdrawal, Defendants advised me that they wish I remain as counsel for the corporate defendants.

5. I advised them that I cannot due to the client confidences and secrets I have acquired in representing the Defendants as a group.

6. The Defendants then requested I draft this response to the motion.

7. The Defendants prepared their own *pro se* Declaration of John Thompson and the exhibits thereto.

8. I have not verified the information in the Thompson Declaration or the exhibits thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of August, 2013 at Sammamish, Washington.

**The Law Offices of Matthew R. King, PLLC**

/s/
Matthew R. King, WSBA 31822
Attorney for Plaintiff/Respondent
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
206-274-5303
FAX 206-274-5304
mrking@matthewrking.com



### DECLARATION OF SERVICE

I, Matthew King, hereby declare under penalty of perjury under the laws of the State of Washington, that I caused a copy of this document to be e-filed with the United States District Court, Western District of Washington, as required by the Court Rules and served via United States District Court ECF to:

Amit D. Ranade
Kurt E. Kruckeberg
Hillis Clark Martin & Peterson, P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925

on the 26th day of August, 2013.

Dated this 26th day of August, 2013 at SEATTLE, Washington.

The Law Offices of Matthew R. King, PLLC
/s/
Matthew R. King, WSBA 31822
Attorney for Plaintiff/Respondent
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
206-274-5303
FAX 206-274-5304
mrking@matthewrking.com

